IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00849-RBJ

WESLEY PEAKER, an individual,

   Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

   Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court orders that this case be dismissed with prejudice, pursuant to C.R.F.P. Rule 41(a)(1)(A)(ii) with each party to bear its own costs and fees, including attorney's fees.

DATED this 7th day of July, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge